UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALVADOR QUIRINO-MORALES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> NATHALIE R. ASHER, Seattle Field Office ) <br> Director, Immigration and Customs ) <br> Enforcement, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO. C13-0327-MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) This Petition for Writ of Habeas Corpus is DISMISSED with prejudice as duplicative of the Petition for Writ of Habeas Corpus filed in Case No. C13-232-RAJ-BAT.

//

//

ORDER OF DISMISSAL
PAGE -1

01     (3)    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02     DATED this 23rd day of April, 2013.

03

04     */s/ Marsha J. Pechman*

    Marsha J. Pechman

05     Chief United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2