01

02

03

04

05

06                   UNITED STATES DISTRICT COURT

              WESTERN DISTRICT OF WASHINGTON

07                        AT SEATTLE

08  SALVADOR QUIRINO-MORALES,     )

                                )  CASE NO. C13-0327-MJP

09             Petitioner,     )

                                )

10       v.                   )  ORDER OF DISMISSAL

                                )

11  NATHALIE R. ASHER, Seattle Field Office )

  Director, Immigration and Customs      )

12  Enforcement,                   )

                                )

13           Respondent.     )

  ———————————————————— )

14

15       The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and

16  Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and

17  any objections or responses to that, and the remaining record, finds and Orders as follows:

18       (1)    The Court adopts the Report and Recommendation;

19       (2)    This Petition for Writ of Habeas Corpus is DISMISSED with prejudice as

20  duplicative of the Petition for Writ of Habeas Corpus filed in Case No. C13-232-RAJ-BAT.

21  //

22  //

01          (3)      The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02          DATED this 23rd day of April, 2013.

03

04          _____
            Marsha J. Pechman
05          Chief United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22